UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
  United States of America,

                             **Plaintiff,**

      -against-

  Redhwan Saleh,

                             **Defendant.**
-----------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/6/2022

1:18-CR-26-ALC-2

**ORDER TO RESPOND**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of Mr. Redhwan Saleh's motion requesting compassionate release (ECF No. 153), which is also docketed at 20-CV-10535-ALC-BCM at ECF No. 11. The Government has not yet responded. Accordingly, the Government is hereby **ORDERED** to respond to the motion no later than **January 18, 2022**. The Clerk of Court is respectfully requested to mail a copy of this Order to Mr. Saleh and note service on the docket.

SO ORDERED.

**Dated:** Jan. 6, 2022
**New York, New York**

                                           *[signature]*
                                          _____
                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**