UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
**REDHWAN SALEH,**

                **Petitioner,**

        -against-

**UNITED STATES OF AMERICA,**

                **Respondent.**
------------------------------------------------------------------- x

18-cr-26 (ALC)

<u>ORDER</u>

**ANDREW L. CARTER, JR., District Judge:**

Saleh brings a habeas petition, claiming ineffective assistance of counsel. His prior attorneys should submit declarations regarding Saleh's allegations. The government should file these declarations by June 22, 2022.

**SO ORDERED.**

**Dated: April 20, 2022**
      **New York, New York**

      /s/ Andrew L. Carter, Jr.
**ANDREW L. CARTER, JR.**
**United States District Judge**